# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ALLEN CREIGLOW, | Case No. ED CV 23-1885-DMG (E) |
| Petitioner, | **JUDGMENT** |
| v. | |
| JOHN MERCHANT (A), | |
| Respondent. | |

Pursuant to the "Order of Dismissal" filed concurrently herewith,

**IT IS ADJUDGED** that the Petition is denied and dismissed without prejudice.

DATED:  November 13, 2023

_Dolly M. Gee_
UNITED STATES DISTRICT JUDGE